**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Michael Houston ROBERSON, also
known as Michael Renwick Houston, Defendant–Appellant.**

No. 03–50232.

**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

Michael Houston Roberson, pro se, Beaumont, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Michael Roberson, federal prisoner no. 60656–080, appeals the denial of a motion to modify his sentence under 18 U.S.C. § 3582(c)(2). He relies on U.S.S.G., App. C, Amendment 528; but that amendment did not lower his guidelines sentencing range and thus provides no basis for relief. *See United States v. Lightbourn,* 115 F.3d 291, 292–93 (5th Cir.1997) (explaining Amendment 528). The district court's decision is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.